AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Kseniia Gerrazzi, PA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Coral Shores Realty Florida, LLC, and Michael Schmidt | ) | 24-CV-80373 |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Coral Shores Realty Florida, LLC
8320 W Sunrise Blvd., Suite 104
Plantation, FL 33322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua D. Martin
Johnson & Martin, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, FL 33309
josh.martin@johnsonmartinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 27, 2024

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Kseniia Gerrazzi, PA <br><br> *Plaintiff(s)* <br> v. <br> Coral Shores Realty Florida, LLC, and Michael Schmidt <br><br> *Defendant(s)* | Civil Action No. <br><br> 24-CV-80373 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael Schmidt
4020 Galt Ocean Drive
Unit #1707
Fort Lauderdale, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua D. Martin
Johnson & Martin, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, FL 33309
josh.martin@johnsonmartinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 27, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**



*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts